THE PEOPLE OF THE STATE OF NEW YORK ex rel. LIBERTY PLACE HOLDING CORPORATION, Relator, and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS TITLE AND GUARANTY COMPANY, Appellant, against WILLIAM S. MILLER et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ. [See *post*, p. 861.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM FRANK, Appellant, et al., Defendants.— Judgment reversed, the complaint dismissed and the fine remitted, on the ground that the evidence did not establish beyond a reasonable doubt the crime charged in the complaint. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.; Dore, J. dissents and votes to affirm.

ROBERT STALLINGS, Respondent, v. KAY TRUCKING & EXCAVATING CO., INC., Appellant. KAY TRUCKING & EXCAVATING Co., INC., Appellant, v. METROPOLITAN WELDING FABRICATORS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

## (December 21, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LUCCA, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to reverse and dismiss the information on the ground that the guilt of the defendant of any crime was not established beyond a reasonable doubt; Untermyer, J., taking no part.

KATE OGLESBY, Appellant, v. SATAN'S TOE, INC., et al., Respondents (Supreme Court, New York County). KATE OGLESBY, Appellant, v. SATAN'S TOE, INC., et al., Respondents (Supreme Court, Westchester County). WOODSON R. OGLESBY, JR., Appellant, v. NEAL R. ANDREWS, Respondent. KATE OGLESBY, SR., Appellant, v. SATAN'S TOE, INC., et al., Respondents. NEAL R. ANDREWS, Respondent, v. WOODSON R. OGLESBY et al., Appellants, SATAN'S TOE, INC., Defendant-Respondent, et al., Defendants (Action No. 1). NEAL R. ANDREWS, Respondent, v. WOODSON R. OGLESBY et al., Appellants, SATAN'S TOE, INC., Defendant-Respondent, et al., Defendants (Action No. 2). TRI NATIONAL TRADING CORPORATION, Respondent, v. WOODSON R. OGLESBY et al., Appellants, SATAN'S TOE, INC., et al., Defendants-Respondents, et al., Defendants. [Seven Consolidated Actions.] — Judgment affirmed, with costs. No opinion. (Townley, J., dissents and votes to reverse and grant judgment for plaintiff.) Order entered November 10, 1942, unanimously affirmed. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., taking no part. Settle order on notice.

DAVID W. GRIFFITH et al., Appellants, v. NEAL R. ANDREWS et al., Respondents.— Orders and judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO J. ALEXANDER, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.